478 A.2d 73

Commonwealth v. Gray, Appellant.

Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted May 18, 1984.
John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 73

Commonwealth v. Green, Appellant.

Submitted April 12, 1984.
Carmela R.M. Presogna, Assistant Public Defender, for appellant; Thomas P. Agresti, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.